IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANGEL VILLAFANE, :
   Petitioner, :
: No. 1:19-cv-702
v. :
: (Judge Rambo)
WARDEN DOUGLAS K. WHITE, :
   Respondent. :

# ORDER

**AND NOW**, this 3rd day of June 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Villafane's motion to supplement (Doc. No. 4) is **GRANTED**;

2. Villafane's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this matter.

                              s/Sylvia H. Rambo
                              SYLVIA H. RAMBO
                              United States District Judge